UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO & VICINITY CARPENTERS' FRINGE BENEFIT FUNDS, INC., Plaintiff, | ) ) ) ) ) | CASE NO. 1:22-cv-1605 |
| v. | ) ) ) | JUDGE BRIDGET M. BRENNAN |
| APS CONSTRUCTION, COMPANY, INC., Defendant. | ) ) ) ) ) | **JUDGMENT ENTRY** |

The Court has GRANTED Plaintiff's motion for default judgment and awarded damages, costs, and attorney's fees against Defendant. (Doc. No. 7.) Accordingly, the Court terminates this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE

**Date**: December 19, 2022